| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:07-CV-876 |
| § | |
| 6.66 ACRES OF LAND, § | |
| MORE OR LESS, SITUATED IN § | |
| JEFFERSON COUNTY, TEXAS, § | |
| JIM R. WINGATE, and § | |
| SANDRA MELTON, § | |
| § | |
| Defendants. § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND REPORT AND RECOMMENDATION**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of pretrial matters. On November 4, 2010, Judge Giblin issued his findings of fact and recommendation regarding the entry of judgment in this condemnation proceeding.

No party has objected to the magistrate judge's findings and recommendation. The Court **ORDERS** that the findings of fact and report and recommendation (#60) are **ADOPTED** and incorporated in support of final judgment, which the Court will enter separately.

SIGNED at Beaumont, Texas, this 1st day of December, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE